(Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ NICHOLAS BONGHI, Appellant, v NEW YORK TELEPHONE COMPANY et al., Respondents. (Appeal No. 1.) [715 NYS2d 679] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ NICHOLAS BONGHI, Appellant, v NEW YORK TELEPHONE COMPANY et al., Respondents. (Appeal No. 2.) [715 NYS2d 137] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' cross motion for summary judgment dismissing the Labor Law § 240 (1) cause of action. Plaintiff, a cable television maintenance technician, was injured when he fell from a ladder that had been positioned against a utility pole owned jointly by defendants. Plaintiff had been dispatched to repair a cable line. At the time of the accident, he was connecting the cable line to the utility pole when a truck struck the cable line that was dangling across the roadway, pulling plaintiff backwards off the ladder. Although the utility pole is a structure within the meaning of section 240 (1) (*see, Lewis-Moors v Contel of N. Y.*, 78 NY2d 942, 943), defendants are not liable under that section "because they are not 'owners' of the television cable line being repaired or altered by plaintiff at the time of the accident (*see*, Labor Law § 240 [1]), and did not otherwise act in the capacity of an owner (*see, Mangiameli v Galante*, 171 AD2d 162, 164)" (*Fuller v Niagara Mohawk Power Corp.*, 213 AD2d 986, 987, *lv denied* 86 NY2d 708; *see, Ray v Niagara Mohawk Power Corp.*, 256 AD2d 1070). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Reargument.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ MITCHELL T. WILLIAMS, Respondent, v STANLEY K. FISHER, as Executor of MILTON FISHER, Deceased, et al., Appellants. (Appeal No. 1.) [716 NYS2d 348] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.

■ MITCHELL T. WILLIAMS, Respondent-Appellant, v STANLEY K. FISHER, as Executor of MILTON FISHER, Deceased, et al.,